IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VERNON SHYVERS,

    Plaintiff,

v.                                            CIVIL ACTION NO. 2:16cv443

LANDMARK HOTEL GROUP, LLC

    Defendant.

## MEMORANDUM OPINION AND ORDER

On February 2, 2017, the Court Dismissed Plaintiff's ADA claim. ECF No. 28. In that same Order, the Court Granted Plaintiff leave to amend his Complaint to sufficiently plead his Title III claims, under ADA, within fifteen days of the date of entry of that Order. To date, Plaintiff has not amended his Complaint. For this reason, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to send a copy of this Order to all parties.

**IT IS SO ORDERED.**

_____
Raymond A. Jackson
United States District Judge

Norfolk, Virginia
March 10, 2017