AO 450 Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

EASTERN    DISTRICT OF   VIRGINIA
NORFOLK/ NEWPORT NEWS DIVISIONS

**VERNON SHYVERS,**

       **Plaintiff,**

v.                                         Case Number: 2:16cv00443

**LANDMARK HOTEL GROUP, LLC,**

       **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court:**  This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**   that Plaintiff's Complaint   is DISMISSED WITH PREJUDICE.

March 10, 2017                                                 FERNANDO GALINDO, CLERK

                                                                 By**:**_____/s/_____

                                                                     Elaine Cavanaugh, Deputy Clerk